**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **TLC Transportation, L.L.C.** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 0 7 0 8 8 2 4 | |
| **4. Debtor's address** | **Principal place of business**  **13667 US-79**  Number    Street  **Henderson, TX 75654**  City    State    ZIP Code  **Rusk**  County | **Mailing address, if different from principal place of business**  **PO Box 726**  Number    Street  **Henderson, TX 75653**  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **TLC Transportation, L.L.C.**  Case number *(if known)* _____
    Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br> ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br> ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br> ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br> ❏ A plan is being filed with this petition.<br> ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br> ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br> ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When _____ Case number _____<br>          MM / DD / YYYY<br>   District _____ When _____ Case number _____<br>          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ❏ No<br>☑ Yes. Debtor **W.D. Townley and Son Lumber Company, Inc. d/b/a Townley Lumber Co.**  Relationship **Affiliate**<br>   District **Northern District of Texas**  When **3/26/2025**<br>                  MM / DD / YYYY<br>   Case number, if known **25-41053-11** |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **2**

Debtor   **TLC Transportation, L.L.C.**   Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number  Street<br>_____<br>_____   ___   _____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   **TLC Transportation, L.L.C.**                                              Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/26/2025**
             MM/ DD/ YYYY

X  **/s/ Billy J. Townley**                                             **Billy J. Townley**
Signature of authorized representative of debtor                         Printed name

Title   **Manager**

**18. Signature of attorney**

X        **/s/ Joseph F. Postnikoff**                      Date  **03/26/2025**
Signature of attorney for debtor                                 MM/ DD/ YYYY

**Joseph F. Postnikoff**
Printed name

**Rochelle McCullough, LLP**
Firm name

**300 Throckmorton Street, Suite 520**
Number    Street

**Fort Worth**                                              **TX**          **76102-2929**
City                                                        State           ZIP Code

**(817) 347-5260**                                          **jpostnikoff@romclaw.com**
Contact phone                                               Email address

**16168320**                                                **TX**
Bar number                                                  State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

| Debtor | **TLC Transportation, L.L.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

### Additional Page

**10. Continued**

| | | |
|---|---|---|
| Debtor | **Townley Pallet Manufacturing, LLC** | Relationship **Affiliate** |
| District | **Northern District of Texas** | When **3/26/2025** |
| | | MM / DD / YYYY |
| Case number, if known | **25-41057-11** | |

## RESOLUTION

I, Billy J. Townley, the undersigned Member/Manager of Townley Pallet Manufacturers, LLC (the "Corporation"), do hereby certify that at a meeting of the Managers of the Corporation duly called and held on the 5th day of March, 2025, the following resolutions were adopted and recorded in the minute book of the Corporation after full discussion by the Managers on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the Managers is approved by all Managers of the Corporation and all notices and formal items related to this meeting are waived by the Managers; and it is

"FURTHER RESOLVED, that in the judgment of the Managers of the Corporation, it is desireable and in the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the Member/Manager is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Corporation shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Corporation any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Corporation shall engage and continue the engagement of the Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Corporation and to pay a retainer fee to that law firm to be agreed upon by the Member/Manager of the Corporation."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 25th day of March 2025.

By: _____
Billy J. Townley, Member/Manager

Joseph F. Postnikoff
State Bar No. 16168320
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
Email: jpostnikoff@romclaw.com
Http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | § | Case No. _____ |
|---|---|---|
| | § | |
| TOWNLEY PALLET MANUFACTURING, | § | |
| LLC, | § | In Proceedings Under Chapter 11 |
| | § | |
| Debtor. | § | |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.

Fill in this information to identify the case:

Debtor name __**TLC Transportation, L.L.C.**__

United States Bankruptcy Court for the:
__**Northern District of Texas**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Regions Bank<br>250 Riverchase Parkway East 3rd Floor<br>Birmingham, AL 35244 | | Loan | | | | $2,970,167.35 |
| 2 | U.S. Small Business Administration<br>PO Box 8274<br>Tyler, TX 75711-8274 | | Loan | | | | $2,970,167.35 |
| 3 | Internal Revenue Service<br>Special Procedures-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Taxes | | | | $500,000.00 |
| 4 | Velvin Oil Company<br>PO Box 993 Dept 556<br>Henderson, TX 75653 | | Trade debt | | | | $30,461.24 |
| 5 | Southern Tire Mart<br>3736 W Loop 281<br>Longview, TX 75604 | | Trade debt | | | | $16,868.08 |
| 6 | Master Aligners<br>PO Box 7729<br>Longview, TX 75607 | | Trade debt | | | | $9,143.63 |
| 7 | All Pro Automotive<br>701 Hwy 79<br>Henderson, TX 75652 | | Trade debt | | | | $3,820.87 |
| 8 | Fleetpride<br>PO Box 847118<br>Dallas, TX 75284-7118 | | Trade debt | | | | $3,754.04 |

Debtor **TLC Transportation, L.L.C.**      Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **TLC Transportation, L.L.C.**                           CASE NO

                                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/26/2025**        Signature        **/s/ Billy J. Townley**
                                              Billy J. Townley, Manager

All Pro Automotive
701 Hwy 79
Henderson, TX 75652

Attorney General of the
United States
Office of the Attorney General
Main Justice Building, Rm 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Fleetpride
PO Box 847118
Dallas, TX 75284-7118

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101

Master Aligners
PO Box 7729
Longview, TX 75607

Office of the United States
Trustee
1100 Commerce St Ste 976
Dallas, TX 75242-1011

Regions Bank
250 Riverchase Parkway East 3rd Floor
Birmingham, AL 35244

Rusk County Tax Collector
202 N. Main Street
Henderson, TX 75652

Southern Tire Mart
3736 W Loop 281
Longview, TX 75604

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
TEC Building- Bankruptcy
101 E. 15th Street
Austin, TX 78778

U.S. Small Business Administration
PO Box 8274
Tyler, TX 75711-8274

Velvin Oil Company
PO Box 993 Dept 556
Henderson, TX 75653